610 So.2d 418 (1992)
COMMUNITY HOSPITAL OF the PALM BEACHES, INC., etc., et al., Appellants,
v.
Luis GUERRERO, M.D., Appellee.
No. 78017.
Supreme Court of Florida.
December 3, 1992.
Atlee W. Wampler, III and James J. Breen of Wampler, Buchanan & Breen, P.A., Miami, for appellants.
Jack Sscarola of Searcy, Denney, Scarola, Barnhart & Shipley, P.A., and Philip M. Burlington of Edna L. Caruso, P.A., West Palm Beach, for appellee.
PER CURIAM.
We have for appellate review Community Hospital of the Palm Beaches, Inc. v. Guerrero, 579 So.2d 304 (Fla. 4th DCA 1991), in which the Fourth District Court of Appeal held that section 395.0115(8)(b), Florida Statutes (1989), and section 768.40(6)(b), Florida Statutes (1987),[1] violated article I, section 21 of the Florida Constitution, right of access to the courts. We have jurisdiction based on article V, section 3(b)(1) of the Florida Constitution. We affirm the decision below based on Psychiatric Associates v. Siegel, 610 So.2d 419 (Fla. 1992).
It is so ordered.
BARKETT, C.J., and SHAW, GRIMES, KOGAN and HARDING, JJ., concur.
OVERTON, Justice, dissenting:
I dissent for the reasons expressed in Psychiatric Associates v. Siegel, 610 So.2d 419 (Fla. 1992).
McDONALD, J., dissents.
NOTES
[1] Section 768.40(6)(b), Florida Statutes (1987) was renumbered as section 766.101(6)(b), Florida Statutes (Supp. 1988).